POSTED ON THE WEBSITE

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                ) Case No. 07-26758-D-13L
                                      )
ALBERT G. LEE, JR., and               )
GALE D. LEE,                          ) Date: November 6, 2007
                                      ) Time: 1:00 p.m.
              Debtors.                ) Dept: D
_____)

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

## MEMORANDUM DECISION

IndyMac Bank ("Creditor") has objected to confirmation of the chapter 13 plan filed by Albert G. Lee, Jr., and Gale D. Lee ("Debtors"). For the reasons set forth below, the objection will be overruled.

The Debtors filed their chapter 13 petition on August 24, 2007, thereby commencing this case. The Debtors filed their proposed chapter 13 plan ("Plan") the same day. On October 11, 2007, Creditor filed a timely objection to confirmation of the Plan ("the Objection"), along with exhibits in support of the Objection. On October 23, 2007, the Debtors filed a response to the Objection. The court heard oral argument on November 6, 2007, at which time JaVonne Phillips appeared for the Creditor, and Darrel Rumley for the Debtors. The Objection having been briefed and argued by those parties wishing to be heard, the court took the Objection under submission.

1  This court has jurisdiction over the Objection pursuant to
2  28 U.S.C. §§ 1334 and 157(b)(1).  The Objection is a core
3  proceeding under 28 U.S.C. § 157(b)(2)(L).
4      The sole basis for the Objection is that payments to the
5  Creditor on account of its arrearage claim are proposed to begin
6  in the seventh month of the Plan, rather than in the first month.
7  The Debtors' response is that "the [Bankruptcy] Code does not
8  require that payments begin in the first month of the plan[,]
9  only that they be equal monthly payments."  Debtors' Response,
10 October 23, 2007.
11     The court agrees with the Debtors, and adopts the reasoning
12 set forth in In re Blevins, 2006 Bankr. LEXIS 2422 (Bankr. E.D.
13 Cal. 2006).  On that basis, the court will overrule the
14 Objection.  The Debtors may submit an appropriate form of order
15 confirming the Plan, approved as to form by Creditor's counsel
16 and the chapter 13 trustee.

17 Dated: November 19, 2007        *signature*
18                                 ROBERT S. BARDWIL
                                   United States Bankruptcy Judge

# CERTIFICATE OF MAILING

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812-1858

Darrel Rumley
3017 Douglas Blvd., #300
Roseville, CA 95661

Sarah Singer
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

DATE:

_____
Deputy Clerk